# Gary A. Farrell
Attorney At Law
40 Exchange Place, Suite 1800
New York, New York 10005
Telephone 212-822-1434
garyfesq@aol.com
Garyfarrelllaw.com

May 18, 2020

Hon. Lorna Schofield
United States District Court
40 Center Street
New York, New York 10007
Via ECF

Re: U.S.A. v. Ali Javidnezhad
17 Cr 262

Dear Judge Schofield:

    I am writing to request that the Court amend the judgment entered on May 14, 2020, only to the extent that it make a judicial recommendation that the defendant be designated for FCI Seagoville, a low security prison in the Dallas-Fort Worth Metropolitan area. During the sentencing, I did indicate that after researching west Texas prisons, I would ask for a specific recommendation from the Court. This designation would facilitate family visits for the defendant.

    Assistant United States Attorney Andrew Thomas does not oppose this request on behalf of the Government. Thank you in advance for your consideration.

Sincerely,

Gary Farrell

cc: Andrew Thomas
Noah Falk
*Assistant United States Attorneys*
Via ECF

WHEREAS in the Judgment dated May 14, 2020, the Court recommended that the "defendant is housed at a facility as close as possible to Arlington, Texas to facilitate family visitation." Defendant's application is DENIED. The Clerk of the Court is directed to terminate the letter motion at docket number 623.

Dated: May 18, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE